EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Juan A. Morales Lozada | 2005 TSPR 68<br><br>163 DPR \_\_\_\_ |

Número del Caso: AB-2003-224

Fecha: 6 de mayo de 2005

Oficina del Procurador General

        Lcdo. Kenneth Pamias Velázquez
        Subprocurador General

        Lcda. Miriam Soto Contreras
        Procuradora General Auxiliar

Materia: Conducta Profesional
      (La suspensión será efectiva el 16 de mayo de 2005 fecha en que se le notificó al abogado de su suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan A. Morales Lozada          AB-2003-224

PER CURIAM

San Juan, Puerto Rico, a 6 de mayo de 2005.

El 13 de enero de 1992 el Lcdo. Juan A. Morales Lozada fue admitido al ejercicio de la profesión de abogado; y el 28 de julio de 1992 admitido a ejercer como notario.

El 7 de julio de 2004 el Procurador General de Puerto Rico nos rindió un Informe indicándonos que en su opinión el licenciado Morales Lozada había violado los canónes 12, 18 y 20 del Código de Ética Profesional. En vista de ello, emitimos una Resolución el 25 de octubre de 2004 dándole un término al licenciado Morales Lozada para expresarse sobre dicho Informe. El término referido venció sin que Morales Lozada hubiese comparecido ante nos. En vista de ello, el 4 de marzo de 2005, mediante una

segunda Resolución que se le notificó personalmente por un alguacil del Tribunal, le concedimos a Morales Lozada un término final de diez días para que cumpliera con nuestra anterior Resolución, apercibiéndosele que su incumplimiento con ésta conllevaría su suspensión inmediata del ejercicio profesional, sin procedimiento ulterior.

A la fecha de hoy Morales Lozada tampoco ha comparecido ante nos, todo ello en craso incumplimiento con nuestra Resolución del 4 de marzo de 2005.

II

Reiteradamente hemos resuelto que los abogados tienen la ineludible obligación de responder diligentemente a las órdenes de este Tribunal. La indiferencia de un abogado al no atender nuestras órdenes en casos disciplinarios acarrea la imposición de severas sanciones disciplinarias. In re Torres Torregrosa, res. el 13 de enero de 2004, 161 D.P.R. ___ (2004), 2004 TSPR 9, 2004 JTS 13; In re Fernández Pacheco, 152 D.P.R 531 (2000); In re Corujo Collazo, 149 D.P.R. 857 (2000); In re Ron Menéndez, 149 D.P.R. 105, 107 (1999); In re Rivera Rodríguez, 147 D.P.R. 917, 923 (1999).

En el caso ante nos, el licenciado Morales Lozada ha hecho caso omiso a dos órdenes nuestras al incumplir con las Resoluciones de 25 de octubre de 2004 y de 4 de marzo de 2005. Así mismo se ha mostrado indiferente ante nuestro apercibimiento de imponerle sanciones disciplinarias. Evidentemente no le interesa continuar ejerciendo la profesión.

En vista de lo anterior, se le suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Juan A. Morales Lozada el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión Per Curiam y sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan A. Morales Lozada                    AB-2003-224

SENTENCIA

San Juan, Puerto Rico, a 6 de mayo de 2005.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se le suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Juan A. Morales Lozada el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo